1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**FILED**

NOV 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $20,339.00 IN U.S. CURRENCY,<br><br>ALL FUNDS SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3996, HELD IN THE NAME OF TIMOTHY BETSCHART, IN AN AMOUNT UP TO AND INCLUDING $31,080.47,<br><br>ALL FUNDS ASSOCIATED WITH E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIM BETSCHART, IN AN AMOUNT IN AN AMOUNT UP TO AND INCLUDING $7,934.54,<br><br>2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA, and<br><br>2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA,<br><br>　　　　　Defendants. | 2:15-SW-00477-CKD<br>2:15-SW-00478-CKD<br>2:15-SW-00479-CKD<br>2:15-SW-00480-CKD<br>2:15-SW-00481-CKD<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

1

1  IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the
2  above-captioned proceeding be and are hereby unsealed.
3  Date: 11-4-2015

EDMUND F. BRENNAN
United States Magistrate Judge